IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELIZABETH FIERMAN, § | |
| Plaintiff § | |
| § | CIVIL ACTION NO. 4:10-cv-00427 |
| vs. § | |
| § | |
| UNITED RECOVERY § | |
| SYSTEMS, LP, § | |
| Defendant § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Southern District of Texas, Houston Division, Plaintiff's Notice of Settlement. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

                                                        Respectfully submitted,

                                                        By: /s/Susan Landgraf
                                                        Susan Landgraf
                                                        SD # 15824
                                                        Texas State Bar # 00784702
                                                         Attorney in Charge for Plaintiffs

WEISBERG & MEYERS, L.L.C.
108 E. 46th Street
Austin, TX 78751
Phone: (512) 436-0036 ext. 116
Facsimile: (866) 317-2674

## **CERTIFICATE OF SERVICE**

      I certify that on March 10, 2010, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division using the electronic case filing system of the court.

      /s/ Susan A. Landgraf\_\_\_
      SUSAN A. LANDGRAF